UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MAURICE PORTIS, on behalf of himself
and all other similarly situated,

                                                                    18-CV-4091 (JMF)

                                 Plaintiffs,

            -against-                                    **NOTICE OF**
                                                           **VOLUNTARY**
FITNESS INTERNATIONAL, LLC,                    **DISMISSAL**

                                 Defendants.
------------------------------------------------------------------------x

       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, by and through their attorneys Bouklas Gaylord LLP, hereby provide notice of voluntary dismissal, *without prejudice*, of the above-captioned matter.

Dated:  Jericho, New York
           May 8, 2018

BOUKLAS GAYLORD LLP

      /s/ Bradley D. Schnur
By:    Bradley D. Schnur, Esq., of Counsel
       *Attorney for Plaintiff*
       400 Jericho Turnpike Suite 226
       Jericho, NY 11753
       (516) 742-4949
       (516) 742-1977 (fax)

cc: All Counsel Appearing via ECF